Youssef H. Hammoud (SBN: 321934)
L. Tegan Rodkey (SBN: 275830)
**PRICE LAW GROUP, APC**
6345 Balboa Blvd., Suite 247
Encino, CA 91316
T: (818) 600-5596
F: (818) 600-5496
E: youssef@pricelawgroup.com
E: tegan@pricelawgroup.com

David A. Chami (AZ: 027585)
(Admitted *pro hac vice*)
**PRICE LAW GROUP, APC**
8245 N. 85th Way
Scottsdale, AZ 85258
T: (818) 600-5515
F: (818) 600-5415
E: david@pricelawgroup.com
*Attorneys for Plaintiff,*
*Jarron Helbock*

# UNITED STATES DISTRICT COURT
## IN THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARRON HELBOCK, | Case No.: 3:20-cv-09500-WHA |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| FIRST NATIONAL BANK OF OMAHA, | |
| Defendant. | |

- 1 -

**NOTICE IS HEREBY GIVEN** that Plaintiff Jarron Helbock and Defendant First National Bank of Omaha, have settled all claims between them in this matter. The parties are in the process of completing final settlement documents and expect to file the appropriate dismissal documents within the next (60) days. Plaintiff requests that the Court vacate all pending deadlines and hearings in this matter. Plaintiff also requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

RESPECTFULLY SUBMITTED,

DATED: January 13, 2022

By: */s/ Youssef Hammoud*
Youssef H. Hammoud (SBN: 321934)
**PRICE LAW GROUP, APC**
6345 Balboa Blvd., Suite 247
Encino, CA 91316
T: (818) 600-5596
F: (818) 600-5464
E: youssef@pricelawgroup.com

David A. Chami (AZ: 027585)
*Admitted pro hac vice*
**PRICE LAW GROUP, APC**
8245 N. 85th Way
Scottsdale, AZ 85258
T: (818) 600-5515
F: (818) 600-5415
E: david@pricelawgroup.com

*Attorneys for Plaintiff,*
*Jarron Helbock*

# CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**PRICE LAW GROUP, APC**
*/s/ Roxanne Harris*