Youssef H. Hammoud (SBN: 321934)
L. Tegan Rodkey (SBN: 275830)
**PRICE LAW GROUP, APC**
6345 Balboa Blvd., Suite 247
Encino, CA 91316
T: (818) 600-5596
F: (818) 600-5496
E: youssef@pricelawgroup.com
E: tegan@pricelawgroup.com

David A. Chami (AZ: 027585)
(Admitted *pro hac vice*)
**PRICE LAW GROUP, APC**
8245 N. 85th Way
Scottsdale, AZ 85258
T: (818) 600-5515
F: (818) 600-5415
E: david@pricelawgroup.com
*Attorneys for Plaintiff,*
*Jarron Helbock*

# UNITED STATES DISTRICT COURT
# IN THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARRON HELBOCK, | Case No.: 3:20-cv-09500-WHA |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| v. | |
| FIRST NATIONAL BANK OF OMAHA, | |
| Defendant. | |

- 1 -

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Jarron Helbock ("Plaintiff") and Defendant First National Bank of Omaha, by and through undersigned counsel, hereby stipulate that this action and all claims asserted therein be dismissed with prejudice.

RESPECTFULLY SUBMITTED,

DATED: January 31, 2022          By: */s/ Youssef H. Hammoud*
                                 Youssef H. Hammoud (SBN: 321934)
                                 **PRICE LAW GROUP, APC**
                                 6345 Balboa Blvd., Suite 247
                                 Encino, CA 91316
                                 T: (818) 600-5596
                                 F: (818) 600-5464
                                 E: youssef@pricelawgroup.com

                                 David A. Chami (AZ: 027585)
                                 *Admitted pro hac vice*
                                 **PRICE LAW GROUP, APC**
                                 8245 N. 85th Way
                                 Scottsdale, AZ 85258
                                 T: (818) 600-5515
                                 F: (818) 600-5415
                                 E: david@pricelawgroup.com
                                 *Attorneys for Plaintiff,*
                                 *Jarron Helbock*

DATED: January 31, 2022          By: */s/ Cory J. Rooney*
                                 Cory J. Rooney (SBN: 235838)
                                 **LAW OFFICE OF CORY J. ROONEY**
                                 PO BOX 382
                                 Omaha, NE 68101
                                 Telephone: (402) 933-9865
                                 Email: rooneylaw@outlook.com
                                 *Attorneys for Defendant,*
                                 *First National Bank of Omaha*

## SIGNATURE CERTIFICATION

Pursuant to L.R. 5-1, I hereby attest that concurrence in the filing of this document has been obtained from each of the other Signatories indicated by a conformed signature (*/s/*) within this e-filed document.

Dated: January 31, 2022                              By: */s/ Youssef H. Hammoud*
                                                     Youssef H. Hammoud
                                                     youssef@pricelawgroup.com
                                                     *Attorneys for Plaintiff,*
                                                     *Jarron Helbock*

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**PRICE LAW GROUP, APC**
*/s/ Roxanne Harris*