Youssef H. Hammoud (SBN: 321934)
L. Tegan Rodkey (SBN: 275830)
**PRICE LAW GROUP, APC**
6345 Balboa Blvd., Suite 247
Encino, CA 91316
T: (818) 600-5596
F: (818) 600-5496
E: youssef@pricelawgroup.com
E: tegan@pricelawgroup.com

David A. Chami (AZ: 027585)
(Admitted *pro hac vice*)
**PRICE LAW GROUP, APC**
8245 N. 85th Way
Scottsdale, AZ 85258
T: (818) 600-5515
F: (818) 600-5415
E: david@pricelawgroup.com
*Attorneys for Plaintiff,*
*Jarron Helbock*

# UNITED STATES DISTRICT COURT
# IN THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARRON HELBOCK, | Case No.: 3:20-cv-09500-WHA |
| Plaintiff, | **[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE** |
| v. | |
| FIRST NATIONAL BANK OF OMAHA, | |
| Defendant. | |

- 1 -

Upon review of the Parties' Stipulation of Dismissal with Prejudice, and good cause appearing,

**IT IS ORDERED** that the Stipulation is **GRANTED**.

The above-entitled matter is hereby dismissed with prejudice.

**IT IS SO ORDERED**.

Dated: January  31, 2022   _____
Honorable William H. Alsup
United States District Judge